NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EARL E. HENRY, P.E., )
)
      Appellant, )
)
v. )   Case No. 2D18-1866
)
FLORIDA BOARD OF PROFESSIONAL )
ENGINEERS, )
)
      Appellee. )
_____ )

Opinion filed April 3, 2019.

Appeal from the Florida Board of
Professional
Engineers.

Earl E. Henry, pro se.

John J. Rimes of Florida Engineers
Management Corporation, Tallahassee,
for Appellee.


PER CURIAM.


      Affirmed.


NORTHCUTT, KELLY, and ATKINSON, JJ., Concur.